UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES PERKINS,

    Plaintiff,

v.                                                      Case No. 8:06-cv-962-T-24 MAP

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court on Defendant's Motion for Entry of Judgment with Remand. (Doc. No. 18). Upon consideration, it is ORDERED AND ADJUDGED that:

(1)     The motion is **GRANTED**;

(2)     The above-styled action is reversed and remanded under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) to the Commissioner for further action consistent with the motion; and

(3)     The Clerk is directed to enter judgment in favor of Plaintiff and to close the case.

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of November, 2006.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record