UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES PERKINS,

      Plaintiff,

v.                                            Case No. 8:06-cv-962-T-24 MAP

JO ANNE B. BARNHART,
Commissioner of Social Security,

      Defendant.
_____/

## **ORDER**

This cause comes before the Court on Plaintiff's Assented to Motion for EAJA Fees (Doc. No. 21). Plaintiff requests $4,680.00 in attorney's fees and represents that Defendant does not oppose the motion. Accordingly, it is ORDERED AND ADJUDGED that the motion is **GRANTED**, and Plaintiff is awarded $4,680.00 in attorney's fees.

**DONE AND ORDERED** at Tampa, Florida, this 17th day of November, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record